ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
PAUL M. SMITH SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendants CAPITAL ONE SERVICES LLC and CAPITAL ONE FINANCIAL CORPORATION (erroneously sued as CAPITAL ONE, A California Corporation; CAPITAL ONE FINANCIAL, INC., A California Corporation),

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANYAL EAGLIN, | Case No.: 2:20-cv-01785-MCE-AC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| CAPITAL ONE, A California Corporation; CAPITAL ONE FINANCIAL, INC., A California Corporation; and DOES 1-50, inclusive, | Complaint Filed: February 21, 2020<br>Trial Date:        None Set |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff DANYAL EAGLIN and Defendants CAPITAL ONE SERVICES, LLC and CAPITAL ONE FINANCIAL CORP. hereby stipulate, through their designated counsel of record, that the above-captioned action be and dismissed with prejudice.

DATED:  August 5, 2021

                                             THE VELEZ LAW FIRM, P.C.

                                             /s/ *Mark P. Velez*
                                             Mark P. Velez
                                             Natalya V. Grunwald

                                             Attorneys for Plaintiff
                                             DANYAL EAGLIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  August 5, 2021

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Paul M. Smith*
Anthony J. DeCristoforo
Paul M. Smith
Attorneys for Defendants
CAPITAL ONE SERVICES LLC and
CAPITAL ONE FINANCIAL
CORPORATION (erroneously sued as
CAPITAL ONE, A California Corporation;
CAPITAL ONE FINANCIAL, INC., A
California Corporation

20cv1785.so.0805

2
JOINT STIPULATION OF DISMISSAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYAL EAGLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE, A California Corporation; CAPITAL ONE FINANCIAL, INC., A California Corporation;<br>and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01785-MCE-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY ORDERED that, pursuant to FRCP 41(a)(1) and the Stipulation of Dismissal with Prejudice executed by the parties, this matter be dismissed with prejudice effective the date of this Order. The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated: August 10, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

20cv1785.so.0805

1
ORDER